IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHELLE M. CHRISTENSEN,

    Plaintiff,

vs.

GMAC MORTGAGE CORPORATION
d/b/a Ditech.com,

    Defendant.

Civil Action No. 1:05-CV-0472-CAM-JMF

## CONSENT ORDER DISMISSING MATTER WITH PREJUDICE

Whereas the parties hereto, by their respective undersigned counsel, have advised the Court that they have agreed to a settlement of this matter; and have agreed to this matter's voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a); and that the parties and their counsel require additional time to document and effectuate their settlement and the settlement of related litigation;

IT IS on this _29_ day of _Sept._, 2005;

ORDERED that, subject only to further action by the Court, upon motion by either party, this matter is dismissed with prejudice, with said dismissal effective as of sixty (60) days from the date of this Order.

_____
U.S. ~~Magistrate~~ District Judge

*The undersigned consent to the form and entry of this Order:*

| | |
|---|---|
| KELLEY, LOVETT, MULLIS & BLAKEY, P.C.<br>2539 Lafayette Plaza Drive<br>P.O. Box 70879<br>Albany, GA 31708<br>Telephone: (229) 888-9128<br>Attorneys for Plaintiffs | MCGUIREWOODS LLP<br>1170 Peachtree Street, N.E., Suite 2100<br>Atlanta, Georgia 30309<br>Telephone: (404) 443-5730<br>Facsimile: (404) 443-5784<br>Attorneys for Defendant |
| By: /s/ F. Anthony Blakey<br>   F. Anthony Blakey<br>   Georgia Bar No. 061817<br>   Trial Counsel | By: /s/ Milo S. Cogan<br>   Curtis L. Mack<br>   Georgia Bar No.: 463636<br>   Milo S. Cogan<br>   Georgia Bar No. 500813<br>   Trial Counsel |
| | Mark S. Melodia, Esq.<br>REED SMITH LLP<br>136 Main Street, Suite 250<br>P.O. Box 7839<br>Princeton, New Jersey 08543-7839<br>Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824 |
| Dated: September 23, 2005 | Dated: September 23, 2005 |

Copies Furnished To:

Milo S. Cogan, Esq.
MCGUIREWOODS LLP
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia  30309

Mark S. Melodia, Esq.
REED SMITH LLP
136 Main Street, Ste. 250
Princeton, N.J. 08543

F. Anthony Blakey, Esq.
KELLEY, LOVETT, MULLIS & BLAKEY, P.C.
2539 Lafayette Plaza Drive
P.O. Box 70879
Albany, GA 31708